IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02535-KLM

FAMATTA JOHNSON, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

STEVE SHURHIN, an individual; and ATLAS HOME HEALTH, INC., a Colorado corporation,

    Defendants

## STIPULATED DISMISSAL WITH PREJUDICE

Under FED. R. CIV. PROC. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this lawsuit with prejudice, each party to bear his, her or its own costs and attorney's fees.

Respectfully submitted this May 22, 2017.

                                      *s/Brian D. Gonzales*
                                      _____
                                      Brian D. Gonzales
                                      THE LAW OFFICES OF
                                      BRIAN D. GONZALES, PLLC
                                      242 Linden Street
                                      Fort Collins, Colorado  80524
                                      Telephone: (970) 214-0562
                                      BGonzales@ColoradoWageLaw.com

                                      *Counsel for Plaintiff*

*s/Erik K. Schuessler*
_____
Dana L. Eismeier
Erik K. Schuessler
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
deismeier@bfwlaw.com
eschuessler@bfwlaw.com

*Counsel for Defendants*